PENNSYLVANIA COMPANY FOR INSURANCES ON LIVES AND GRANTING ANNUITIES, as Trustee under the Will of SAMUEL J. TILDEN, Deceased, Respondent, v. RICHARD T. STAUFFER et al., Defendants; UNITED STATES TRUST COMPANY OF NEW YORK, as Executor of MARIE C. S. EASTWICK and as Trustee under a Testamentary Trust for the Eye, Ear, Nose and Throat Hospital of New Orleans, Louisiana, Respondent, and PETER BURNETT, Appellant.

Argued October 2, 1947; decided October 16, 1947.

*Samuel J. Levinson, Frank Weinstein* and *Robert Bernstein* for appellant.

*Stanley F. Reed, Jr.,* for The Pennsylvania Company for Insurances on Lives and Granting Annuities, plaintiff-respondent.

*Williamson Pell, Jr.,* and *Pandia C. Ralli* for United States Trust Company of New York, defendant-respondent.

Judgment affirmed, with costs to the appellant and to the respondents payable out of the fund. Whether the appellant should have been awarded costs or any allowance at the Special Term is a question not presented by this record.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.